[No. 12891-1-III.    Division Three.    June 7, 1994.]

FRANK AND ROSE STEELE FOUNDATION, ET AL, *Appellants*, v. TUDOR INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 91-2-00129-2, Larry M. Kristianson, J., entered

November 13, 1992. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.